UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MELISA AGUILAR CENTES,

Petitioner,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:25-cv-03596 JLS (ADS)

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Traverse, Joint Status Report [Dkt. No. 17], all the records and files herein, along with the September 27, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 19], and the Objection to the Report and Recommendation ("Objections") [Dkt. No. 20]. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Objections have been made. Petitioner's Objections are overruled.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation is

accepted, [Dkt. No. 19];

2. The Petition is denied without prejudice;

3. The current Warden of the facility at which Petitioner is detained is substituted as a Respondent;

4. Petitioner's request to enjoin her transfer outside this District is denied as moot; and

5. Judgment is to be entered accordingly.

DATED: October 30, 2026

THE HONORABLE JOSEPHINE L. STATON
United States District Judge